Name: Jordan Matthews
Address: Weinberg Gonser LLP, 10866 Wilshire Blvd., Suite 1650
City, State, Zip: Los Angeles, California 90024
Phone: (424) 239-2867
Fax: (424) 238-3060
E-Mail: jordan@weinberg-gonser.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Angelica Limcaco, an Individual,

PLAINTIFF(S),

v.

Steve Wynn, an Individual; Matthew Maddox, an Individual; Kimmarie Sinatra, an Individual; Barbara Buckley, an Individual; Wynn Resorts, Ltd., a Nevada Corporation; ML Strategies, LLC, a Delaware Limited Liability Company; DOES 1 through 50, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,

DEFENDANT(S).

CASE NUMBER: 2:20-cv-11372-RSWL-MMA

Text

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Angelica Limcaco_ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify): ECF No. 130 (Order Re: Defendants' Motions to Dismiss First Amended Complaint [57, 58, 61, 91, 108]

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _October 29, 2021_. Entered on the docket in this action on _October 29, 2021_.

A copy of said judgment or order is attached hereto.

_November 24, 2021_
Date

/s/ Jordan Matthews
Signature
☐ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).