UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 6. Representation Statement**

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Angelica Limcaco

Name(s) of counsel (if any):

> Jordan Matthews

Address: 10866 Wilshire Blvd., Suite 1650, Los Angeles, CA 90024

Telephone number(s): (424) 239-2867

Email(s): jordan@weinberg-gonser.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ☐ Yes   ☐ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Steve Wynn

Name(s) of counsel (if any):

> Michele D. Johnson, Kristin N. Murphy, Colleen C. Smith

Address: 650 Town Center Drive, 20th Floor, Costa Mesa, CA 92626; 12670 High Bluff Drive, San Diego, CA 92130

Telephone number(s): (714) 755-8287, (858)523-5400

Email(s): michele.johnson@lw.com, kristin.murphy@lw.com, colleen.smith@lw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                                1                                          *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

> Angelica Limcaco

Name(s) of counsel (if any):

> Michael D. Holtz

Address: 21650 Oxnard Street, Suite 500, Woodland Hills, CA 91367

Telephone number(s): (310) 464-1088

Email(s): mholtz@theholtzfirm.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

> Matthew Maddox; and Wynn Resorts, Ltd.

Name(s) of counsel (if any):

> Mark Holscher, Michael J. Shipley, Austin C. Norris

Address: 555 South Flower Street, LA, CA 90071; 2049 Century Park East, LA, CA 90067

Telephone number(s): (213) 680-8400, (213) 680-8184

Email(s): mark.holscher@kirkland.com, michael.shipley@kirkland.com, austin.norris@kirkland.com

Name(s) of party/parties:

> Kimmarie Sinatra

Name(s) of counsel (if any):

> James N. Kramer, Ariel Winawer, Christine E. Hanley

Address: 405 Howard Street, San Francisco, CA 94105; 701 5th Avenue, Suite 5600, Seattle, WA 98104

Telephone number(s): (415) 773-5923, (425) 773-5620, (206) 839-4300

Email(s): jkramer@orrick.com; awinawer@orrick.com; chanley@orrick.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                      2                                      *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

ML Strategies, LLC

Name(s) of counsel (if any):

Peter Biagetti, David J. Kete, Abigail O'Brient

Address: One Financial Center, Boston, MA 02111; 2029 Century Park East, Suite 3100, LA, CA 90067

Telephone number(s): (617) 348-4472, (617) 348-1795, (310) 586-3200

Email(s): pabiagetti@mintz.com; djkete@mintz.com; aobrient@mintz.com

Name(s) of party/parties:

Barbara Buckley

Name(s) of counsel (if any):

Katherine Eskovitz, Nathan Holcomb, Alex Potter, Jolie Huang

Address: 1158 26th St., No. 175, Santa Monica, CA 90403; 99 Park Avenue, Suite 1910, NY, NY 10016

Telephone number(s): (646) 791-6883, (646) 970-7521, (646) 970-7543, (646) 989-1863

Email(s): keskovitz@rcfllp.com; nholcomb@rcfllp.com; apotter@rcfllp.com; jhuang@rcfllp.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                               *2*                               *New 12/01/2018*