| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 20 2022 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

| | |
|---|---|
| ANGELICA C. LIMCACO, an individual, | No. 21-56285 |
| Plaintiff-Appellant, | D.C. No. 2:20-cv-11372-RSWL-MAA |
| v. | Central District of California, Los Angeles |
| STEVE WYNN, an individual; et al., | |
| Defendants-Appellees. | ORDER |

Before: PAEZ, RAWLINSON, and WATFORD, Circuit Judges.

The motions for summary affirmance (Docket Entry Nos. 13 and 14) are denied because the arguments raised in the opening brief are sufficiently substantial to warrant further consideration by a merits panel. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard).

The answering briefs are due May 25, 2022. The optional reply brief is due within 21 days after service of the last-served answering brief.

LCC/MOATT